**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:26CR3030** |
| | ) | |
| **Plaintiff,** | ) | |
| **vs** | ) | **MOTION TO RESTRICT** |
| | ) | |
| **RYAN MERCER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW the Defendant, Ryan Mercer, pursuant to the E-Government Act, and requests that he be allowed to file as restricted his Drug and Alcohol Evaluation and Letter of Acceptance which contains information that should not be made available to non-parties and non-court personnel.

WHEREFORE, the Defendant, Ryan Mercer, respectfully requests this Court to grant his Motion to Restrict.

Dated this 3rd day of August, 2026.

Ryan Mercer, Defendant

By s/Julie A. Frank______

Julie A. Frank
Attorney at Law
1905 Harney Street
Suite 600
Omaha, NE 68102
(402) 346-2215

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have sent copies of said filing via email to the following: Sarah Fullerton.

.

s/Julie A. Frank