IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN MERCER,

Defendant.

**EXHIBIT LIST**

Case No. 4:26CR3030
Deputy: Nicki Wenzl
Reporter: Digital Recorder
Date: August 07, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | 101 | | Substance Evaluation (found at ECF filing no. [26]-1) | X | | X | | 8/7/2026 |
| | 102 | | Acceptance letter (found at ECF filing no. [26]-2) | X | | X | | 8/7/2026 |
| | 103 | | Certificate of Discharge of Parole (found at ECF filing no. [29]) | X | | X | | 8/7/2026 |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**