IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN MERCER,

Defendant.

**WITNESS LIST**

Case No. 4:26CR3030
Deputy: Nicki Wenzl
Reporter: Digital Recorder
Date: August 07, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| | |
| | |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Ryan Mercer | 8/7/2026 |
| | |